IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC LLOYD, PH.D., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. _____ |
| § | |
| BAYLOR COLLEGE OF MEDICINE and § | JURY DEMANDED |
| ROBERT BRYAN, JR., PH.D., § | |
| § | |
| Defendants. § | |
| § | |

### DEFENDANTS' NOTICE OF REMOVAL

Defendants Baylor College of Medicine and Robert Bryan, Jr., Ph.D. (collectively "Defendants") file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removing the above-captioned cause to the United States District Court for the Southern District of Texas, Houston Division, and respectfully show the Court as follows:

**I.   THE REMOVED CASE**

1.   On or about August 24, 2016, Plaintiff Eric Lloyd ("Plaintiff") served Defendants his Original Petition, styled *Eric Lloyd, PH.D. v. Baylor College of Medicine and Robert Bryan, Jr., PH.D.*, Cause No. 2016-56641, in the 269th Judicial District Court of Harris County, Texas. Plaintiff's Original Petition asserted only state law claims against Defendants. A true and correct copy of Plaintiff's Original Petition is attached as Exhibit A.

2.   Defendants filed their Original Answer and asserted affirmative and other defenses on November 21, 2016. A true and correct copy of Defendants' Original Answer is attached as Exhibit B.

3.       Subsequently, on or about January 11, 2017, Plaintiff served Defendants with his First Amended Petition and Request for Injunction in the same cause.  A true and correct copy of Plaintiff's First Amended Petition is attached as <u>Exhibit C</u>.

4.       Plaintiff's First Amended Petition asserts both federal and state law claims against Defendants arising out of the termination of his employment and subsequent job search. Specifically, Plaintiff alleges that Defendants violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, and the ADA Amendments Act of 2008 ("ADAAA") by discharging him because of his disabilities and in retaliation for complaints Plaintiff made to Defendants related to his disabilities.  Plaintiff also brings state law claims against Defendants for defamation and tortious interference with contract, claiming that Defendants refused to provide him with a job reference after he was terminated.

## II.     GROUNDS FOR REMOVAL

5.       This Court has federal question jurisdiction over claims that arise under the laws of the United States pursuant to 28 U.S.C. § 1331.  Plaintiff's ADA and ADAAA claims arise under 42 U.S.C. §§ 12112 and 12203(a), which are federal statutory provisions.  Thus, this Court has original federal question jurisdiction over Plaintiff's ADA and ADAAA claims.

6.       Further, this Court has removal jurisdiction over claims for which it has federal question jurisdiction pursuant to 28 U.S.C.§ 1441(a).  Because this Court has original federal question jurisdiction over Plaintiff's ADA and ADAAA claims, this Court also has removal jurisdiction under 28 U.S.C. § 1441(a).

7.       This Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over state law claims that arise out of the same case or controversy as a plaintiff's federal law claims.  Plaintiff's state law claims arise out of the same case or controversy – the cessation of

his employment – as his federal law claims. Plaintiff's state law claims do not raise novel or complex issues of state law and they do no substantially predominate over his federal claims. Further, there are no exceptional circumstances or other compelling reasons for this Court to decline to exercise supplemental jurisdiction over Plaintiff's related state law claims. *See* 28 U.S.C. § 1367(c). Thus, this court has supplemental jurisdiction over Plaintiff's state law claims.

### III.   ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

8. Removal is timely under 28 U.S.C. § 1446(b)(3) because this Notice of Removal is being filed within 30 days after Defendants' receipt of Plaintiff's First Amended Petition on January 11, 2017, when it was served upon them, and when Defendants first learned of the claims upon which the action became removable. Plaintiff's First Amended Petition is the first pleading by which this case has become removable because (1) Plaintiff's Original Petition asserted only state law claims against Defendants and (2) Plaintiff and Defendants are all citizens of the State of Texas, so this case could not previously have been removed based on diversity of citizenship under 28 U.S.C. § 1446(c).

9. Removal to this Court is appropriate under 28 U.S.C. §§ 1441(a) and 1446(a) because the 269th Judicial District Court of Harris County, Texas, where this case was originally filed, is located within the Southern District of Texas, Houston Division.

10. In accordance with 28 U.S.C. § 1446(b)(2), all Defendants join in and consent to this removal.

11. In accordance with 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule LR 81, attached to this Notice of Removal are the following documents:

    a.    Pleadings asserting causes of action, *e.g.*, petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such

pleadings (Plaintiff's Original Petition, at <u>Exhibit A</u>; Defendants' Original Answer, at <u>Exhibit B</u>; and Plaintiff's First Amended Petition and Request for Injunction, at <u>Exhibit C</u>);

b.  All executed process in the case;

c.  All orders signed by the state judge (none);

d.  The docket sheet (<u>Exhibit D</u>);

e.  An index of matters being filed (<u>Exhibit E</u>);

f.  A list of all counsel of record, including addresses, telephone numbers, and parties represented (<u>Exhibit F</u>).

12.  Upon filing this Notice of Removal, Defendants will promptly provide notification to Plaintiff and will file a Notification of Removal, attaching a copy of this Notice of Removal, with the Clerk for the 269th Judicial District Court of Harris County, Texas.

13.  Defendants reserve the right to amend or supplement this Notice of Removal and, in the event Plaintiff moves to remand, to submit evidence and further argument supporting this Notice of Removal.

**IV.  PRAYER**

WHEREFORE, Defendants Baylor College of Medicine and Robert Bryan, Jr., Ph.D. respectfully pray that the action now pending in the 269th Judicial District Court of Harris County, Texas, as described herein, be removed to the United States District Court for the Southern District of Texas, Houston Division. Defendants further request any and all other relief to which they may be entitled.

Dated: January 24, 2017

Respectfully submitted,

*/s/ Shauna Johnson Clark*

    Shauna Johnson Clark
    Tex. Bar No.  00790977
    Federal I.D. No.  18235
    shauna.clark@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246

**ATTORNEY IN CHARGE FOR DEFENDANTS BAYLOR COLLEGE OF MEDICINE AND ROBERT BRYAN, JR., PH.D.**

OF COUNSEL:
**NORTON ROSE FULBRIGHT US LLP**
Jamila S. Mensah
Tex. Bar No.  24055963
Federal I.D. No.  705811
jamila.mensah@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246

## CERTIFICATE OF SERVICE

This pleading was served *via* the Court's electronic filing system in compliance with Rule 5 of the Federal Rules of Civil Procedure on this 24th day of January, 2017 to the opposing counsel listed below:

    Bruce A. Coane
    Email: bruce.coane@gmail.com
    Matthew P. Swiger
    Email: matt.swiger@coane.com
    Coane and Associates, PLLC
    5177 Richmond Ave., Suite 770
    Houston, TX 77056
    Telephone: (713) 850-0066
    Facsimile: (713) 850-8528

*/s/ Shauna Johnson Clark*
Shauna Johnson Clark