| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| Eric Lloyd, | § § § § § § § § § § | **ENTERED** September 13, 2017 David J. Bradley, Clerk |
| Plaintiff, | | |
| versus | | Civil Action H-17-223 |
| Baylor College of Medicine, et al., | | |
| Defendants. | | |

## Conditional Dismissal

1. On the agreement of the parties, this case is dismissed with prejudice.

2. By October 13, 2017, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on September 13, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge