| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas

**ENTERED**
October 16, 2017
David J. Bradley, Clerk

Eric Lloyd, §
§
    Plaintiff, §
§
versus §    Civil Action H-17-223
§
Baylor College of Medicine, et al., §
§
    Defendants. §

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on October 16, 2017, at Houston, Texas.

                                          Lynn N. Hughes
                                  United States District Judge